IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRIAN CARRICO et al.,       )
         )
   Plaintiffs,       )
         )     NO. 3:23-cv-00497
v.          )     JUDGE RICHARDSON
         )
UPONOR NORTH AMERICA, INC., et al,   )
         )
   Defendants.       )
         )

## **ORDER**

Pending before the Court are Defendant's motions to dismiss (Doc. Nos. 10, 13) the complaint (Doc. No. 1). On July 28, 2023, Plaintiff filed an amended complaint (Doc. No. 19), which superseded the pleading at Doc. No. 1. The motions to dismiss at Doc. Nos. 10 and 13 are DENIED as moot because they are directed at the now-superseded complaint.

IT IS SO ORDERED.

_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE