IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| BRIAN CARRICO; KACIE CARRICO; DON GATLIN; and DORA GATLIN; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UPONOR, INC.; UPONOR NORTH AMERICA, INC.; DOES 1 through 100, inclusive, whose true names are unknown,<br><br>Defendants. | Case No. 3:23-CV-00497<br><br>District Judge Eli Richardson<br><br>Magistrate Judge Jeffrey S. Frensley |

### DEFENDANT UPONOR, INC.'S MOTION TO COMPEL ARBITRATION OR, ALTERNATIVELY, TO (1) DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT AND CLASS ALLEGATIONS; AND (2) STRIKE CLASS ALLEGATIONS

Defendant, Uponor Inc. ("Uponor") will and hereby does move this Court for an order compelling individual arbitration. Should the Court decline to compel arbitration, Uponor will and hereby does move the Court for an order dismissing Plaintiffs' claims and dismissing or striking Plaintiffs' class allegations. This Motion is brought pursuant to Federal Rules of Civil Procedure 12(b)(6), 12(f), 23(c)(1)(A), and 23(d)(1)(D); as well as the Federal Arbitration Act ("FAA"). In support of the requested relief, Uponor states as follows:

1. The Court should compel Plaintiffs Brian Carrico, Kacie Carrico, Don Gatlin, and Dora Gatlin ("Plaintiffs") to arbitrate their claims on an individual basis pursuant to the arbitration clause contained in the binding express warranty applicable to and governing any Uponor product at issue in this action – including the referenced cross-linked polyethylene pipe ("PEX").

2. If the Court does not compel this action to arbitration, then it should dismiss Plaintiffs' claims and strike their class allegations as follows:

a. Plaintiffs' only remaining claims, for strict liability and negligence, should be dismissed because they are barred by Tennessee's economic loss rule.

b. Plaintiffs' only remaining claims, for strict liability and negligence, should be dismissed because Plaintiffs have failed to plead facts establishing the essential element of causation.

c. Plaintiffs' class allegations should be stricken, in their entirety, because Plaintiffs' proposed class definition is overbroad and not ascertainable on its face.

This Motion is based upon this Notice; the Memorandum of Points and Authorities attached hereto; the concurrently filed Declaration of Stacey Beissel and the exhibit thereto; the pleadings, records and files in this action; and such other oral and documentary evidence as may be presented at or before any hearing on this Motion.

Pursuant to Civil Local Rule 7.01, counsel for Uponor has previously conferred with Plaintiffs' counsel regarding the dispute discussed herein, and based on the fact that the Court found the previously-filed, and fully briefed, motion to be mooted as a result of the filing of the SAC, and the fact that Plaintiffs' counsel previously opposed the motion, understands that Plaintiffs will oppose the instant Motion as well.

Dated: June 13, 2024

By /s/ M. Andrew Pippenger
M. Andrew Pippenger, BPR 018183
PURYEAR LAW GROUP
104 Woodmont Boulevard
Woodmont Centre, Suite 201
Nashville, TN 37205
Tel: (615) 630-6601
Fax: (615) 630-6602
apippenger@puryearlawgroup.com

*Attorney for Defendant*
*Uponor, Inc.*

# CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that on June 13, 2024, the foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF filing system which automatically sends email notifications of such filing to the following attorneys of record:

Andrew J. Pulliam (Tenn. BPR No. 016863)
James C. Bradshaw III (Tenn. BPR No. 013170)
J. Graham Matherne (Tenn. BPR No. 011294)
Ann Weber Langley (Tenn. BPR No. 038070)
WYATT, TARRANT & COMBS, LLP
333 Commerce Street, Suite 1050
Nashville Tennessee 37201
Telephone: (615) 244-0020
Fax: (615) 256-1726
Email: apulliam@wyattfirm.com
Email: jbradshaw@wyattfirm.com
Email: gmatherne@wyattfirm.com
Email: alangley@wyattfirm.com

*Attorneys for Plaintiffs*

                                        /s/ M. Andrew Pippenger
                                                M. Andrew Pippenger