MOTION GRANTED.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **BRIAN CARRICO; KACIE CARRICO; DON GATLIN; and DORA GATLIN;** individually and on behalf of all others similarly situated,<br><br>    **Plaintiffs,**<br><br>v.<br>**UPONOR, INC., et al.,**<br><br>    **Defendants.** | **Case No. 3:23-CV-00497**<br>**District Judge Eli Richardson**<br><br>**Magistrate Judge Jeffrey S. Frensley** |

### DEFENDANTS UPONOR, INC., UPONOR NORTH AMERICA, INC., AND UPONOR CORPORATION'S MOTION FOR LEAVE TO FILE A SUR-REPLY IN RESPONSE TO PLAINTIFFS' MOTION FOR CONTEMPT SANCTIONS

Defendants Uponor, Inc., Uponor North America, Inc., and Uponor Corporation (collectively, "Uponor"), by and through their counsel, respectfully move this Court for leave to file a sur-reply brief in support of its Response in Opposition to Plaintiffs' Motion for Contempt Sanctions (ECF Docket No. 129), respectfully showing as follows:

1. On January 6, 2026, Plaintiffs ignored this Court's policies and procedures by not conferring with Uponor before filing their Rule 37 sanctions motion, which requires this Court to deny the motion. *See* Section D.5 of Magistrate Judge Frensley's Policies and Procedures, at p. 5, denying motions for sanctions without attempting to resolve dispute.

2. Then, on January 27, 2026, Plaintiffs filed their Reply brief in violation of this Court's policies and procedures. *See* Section C.3 of Magistrate Judge Frensley's Policies and Procedures at p. 4, requiring leave of court to file reply briefs.

3. With respect, Uponor submits that Plaintiffs improperly-filed Reply contains several incorrect statements regarding Uponor's collection, review, and production efforts, leaving a present record that needs to be promptly corrected before this Court.

4.      Against this backdrop, and in the spirit of upholding the Court's rules and presenting this Court with an accurate record, Uponor respectfully requests that this Court allow it to file a sur-reply brief.

This Motion is based upon the Memorandum of Law attached hereto; the pleadings, records, and files in this action; and such other oral and documentary evidence as may be presented at or before any hearing on this Motion.

Respectfully submitted,

*/s/ M. Andrew Pippenger*
M. Andrew Pippenger, BPR 018183
Puryear Pippenger & Cook PLLC
104 Woodmont Centre, Suite 201
Nashville, TN 37205
Tel: 423-521-1201
apippenger@ppclaw.com

*Attorney for Uponor, Inc., Uponor North America, Inc., and Uponor Corporation*

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that on February 10, 2026 the foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF filing system which automatically sends email notifications of such filing to the following attorneys of record:

Andrew J. Pulliam (Tenn. BPR No. 016863)
James C. Bradshaw III (Tenn. BPR No. 013170)
J. Graham Matherne (Tenn. BPR No. 011294)
BRICKER GRAYDON WYATT LLP
333 Commerce Street, Suite 830
Nashville, Tennessee 37201
Telephone: (615) 244-0020
Fax: (615) 256-1726
Email: apulliam@bricker.com
Email: jbradshaw@bricker.com
Email: gmatherne@bricker.com

*Attorneys for Plaintiffs*

/s/ M. Andrew Pippenger
M. Andrew Pippenger